■ MANDEL & COMPANY, INC., Appellant, v. JOHANNA RADO et al., Respondents, et al., Defendants.— In an action for a judgment declaring the present force and effect of certain restrictive covenants, and for other relief, the appeal is from a judgment dismissing the complaint on the merits after trial. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ LONIE C. MURRAY, Respondent, v. McLEAN TRUCKING COMPANY, Appellant.— In an action to recover damages for injuries to person and property, the appeal is from a judgment entered on a jury verdict in favor of respondent. Judgment reversed and a new trial granted, with costs to abide the event. In our view, the interests of justice require a new trial. The numerous interruptions, questions and comments of the Trial Justice were fair and proper, when considered in context. Nevertheless, on the whole case the jury may well have drawn improper inferences by reason of the rather extended participation of the Trial Justice. Wenzel, Acting P. J., Murphy, Ughetta and Hallinan, JJ., concur; Beldock, J., dissents and votes to affirm the judgment, with the following memorandum: In my opinion the case presented a pure question of fact and the verdict may not be said to be against the weight of the evidence. Under such circumstances the participation by the trial court was neither improper nor prejudicial.

■ MYKAP REALTY CORP., Appellant, v. WILLIE GOODMAN, Respondent.— Appellant, the former mortgagee, made a motion pursuant to section 985 of the Civil Practice Act for an order in the nature of a writ of assistance to put the purchaser at the foreclosure sale in possession of an apartment occupied by the former mortgagor and owner. The appeal is from so much of the order granting the motion as stays the execution thereof upon the condition that the occupant pay the fixed monthly rental for the use of the apartment. Order modified by adding to the second ordering paragraph after the words "is stayed" the words and figures "until February 13, 1958", and as so modified order insofar as appealed from affirmed, without costs. While the stay was properly granted, it is our opinion that the indefinite stay of the execution of the order was an abuse of discretion. Accordingly the order is modified so as to limit the stay until 30 days after the entry of the order determining this appeal. Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD COLLINS, Appellant.— Appeal from a judgment of the County Court, Nassau County, convicting appellant after trial of burglary in the third degree and petit larceny. Appellant was sentenced to serve from 2½ to 10 years on the burglary count and sentence was suspended on the petit larceny count. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.